June 3, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SIEMENS ENERGY, INC. F/K/A SIEMENS POWER GENERATION, INC.,
Appellant

NO. 14-13-00863-CV                           V.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG,
PENNSYLVANIA, FACTORY MUTUAL INSURANCE COMPANY, ZURICH
AMERICAN INSURANCE COMPANY ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES, LIMITED ARCH INSURANCE COMPANY
(EUROPE) LTD., AND CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON, Appellees

_____

This cause, an appeal from the trial court's order denying appellant Siemens Energy, Inc. f/k/a Siemens Power Generation, Inc.'s motion to dismiss in favor of appellees National Union Fire Insurance Company of Pittsburg, Pennsylvania, Factory Mutual Insurance Company, Zurich American Insurance Company Associated Electric & Gas Insurance Services, Limited Arch Insurance Company (Europe) LTD., and Certain Underwriters at Lloyd's of London, signed September 12, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the court's order below **AFFIRMED**.

We order appellant Siemens Energy, Inc. f/k/a Siemens Power Generation, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.